1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED KRISTOPHER RYSEDORPH,<br><br>Plaintiff,<br><br>v.<br><br>JOHN, *et al.*,<br><br>Defendants. | Case No.  1:23-cv-00251-ADA-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S LODGED FIRST AMENDED COMPLAINT AS A MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br>(ECF No. 16)<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br>(ECF No. 16)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jared Kristopher Rysedorph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint has not yet been screened.

On May 16, 2023, Plaintiff filed a document titled "Proposed Amendments to Complaint," which was lodged as a first amended complaint.  (ECF No. 16.)  As Plaintiff appears to be requesting to add a defendant and additional allegations to the operative complaint, the Court construes the filing as a motion for leave to file an amended complaint.

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse

1

1   party, and leave shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a).  "Rule 15(a)

2   is very liberal and leave to amend shall be freely given when justice so requires."

3   *AmerisourceBergen Corp. v. Dialysist West, Inc.*, 465 F.3d 946, 951 (9th Cir. 2006) (citation and

4   quotation omitted).  However, courts "need not grant leave to amend where the amendment:

5   (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in

6   litigation; or (4) is futile."  *Id.*

7       In considering the relevant factors, the Court finds no evidence of prejudice, bad faith,

8   undue delay in litigation, or futility.  Plaintiff's complaint has not yet been screened and no

9   defendants have been served or have appeared in this action.  Accordingly, Plaintiff's motion to

10  amend shall be granted.  However, Plaintiff may not file a separate document that adds or

11  excludes facts from an existing complaint.  Rather, Plaintiff must file a first amended complaint

12  that is a complete document.

13      Plaintiff's first amended complaint should be brief, Fed. R. Civ. P. 8(a), but it must state

14  what each named defendant did that led to the deprivation of Plaintiff's constitutional rights,

15  *Iqbal*, 556 U.S. at 678-79.  Although accepted as true, the "[f]actual allegations must be

16  [sufficient] to raise a right to relief above the speculative level . . . ."  *Twombly*, 550 U.S. at 555

17  (citations omitted).

18      Additionally, Plaintiff may not change the nature of this suit by adding new, unrelated

19  claims in his first amended complaint.  *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) (no

20  "buckshot" complaints).

21      Finally, Plaintiff is advised that an amended complaint supersedes the original complaint.

22  *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012).  Therefore, Plaintiff's amended

23  complaint must be "complete in itself without reference to the prior or superseded pleading."

24  Local Rule 220.  This includes any exhibits or attachments Plaintiff wishes to incorporate by

25  reference.

26      Accordingly, IT IS HEREBY ORDERED that:

27  1. Plaintiff's lodged first amended complaint, (ECF No. 16), is CONSTRUED as a motion

28     for leave to file an amended complaint;

2

2.  Plaintiff's motion for leave to file an amended complaint, (ECF No. 16), is GRANTED;

3.  The Clerk's Office shall send Plaintiff a complaint form;

4.  Plaintiff's first amended complaint, **not to exceed twenty-five (25) pages**, is due within **thirty (30) days** from the date of service of this order; and

5.  **If Plaintiff fails to file a first amended complaint in compliance with this order, this action will be dismissed for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **May 23, 2023**                            /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

3