# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED KRISTOPHER RYSEDORPH, | Case No. 1:23-cv-00251-KES-BAM (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO OPT OUT OF POST-SCREENING ADR |
| v. | (ECF No. 39) |
| JOHN, *et al.*, | ORDER LIFTING STAY OF PROCEEDINGS |
| Defendants. | ORDER VACATING AUGUST 20, 2024 SETTLEMENT CONFERENCE |
| | (ECF No. 38) |
| | ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff Jared Kristopher Rysedorph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants Le and Bennerjee for deliberate indifference to medical care in violation of the Eighth Amendment.

On May 21, 2024, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 38.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

1

On June 18, 2024, Defendants filed a motion to opt out of post-screening ADR. (ECF No. 39.) After meeting and conferring with Plaintiff and based on a review of relevant records, defense counsel believes Defendants have a meritorious defense to Plaintiff's claims. Defendants also believe a settlement conference is premature at this time and would not be productive without the opportunity for discovery and other proceedings. (*Id.*) Therefore, the motion is granted, the stay is lifted, and the August 20, 2024, settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of post-screening ADR, (ECF No. 39), is GRANTED;
2. The stay of this action, (ECF No. 38), is LIFTED;
3. The August 20, 2024 settlement conference is VACATED;
4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to the parties; and
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:   **June 20, 2024**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE