# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED KRISTOPHER RYSEDORPH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN, *et al.*,<br><br>    Defendants. | Case No.  1:23-cv-00251-KES-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINES BY 90 DAYS<br><br>(ECF No. 46)<br><br>Discovery Deadline: **May 21, 2025**<br>Dispositive Motion Deadline: **July 30, 2025** |

Plaintiff Jared Kristopher Rysedorph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against Defendants Le and Banerjee for deliberate indifference to medical care in violation of the Eighth Amendment.

Pursuant to the Court's June 20, 2024 discovery and scheduling order, the deadline for completion of discovery is February 20, 2025, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is May 1, 2025.  (ECF No. 41.)

Currently before the Court is Defendants' stipulated motion to continue discovery cutoff and dispositive motion deadlines by 90 days, filed January 9, 2025.  (ECF No. 46.)  Defendants state that the requested extension would benefit both parties because Plaintiff intends to serve discovery and expects to be released from custody in the next 40 days, and defense counsel has

1

been unable to find a relevant medical expert, preventing Defendants from engaging in discovery and preparing for Plaintiff's deposition. The parties spoke telephonically on December 30, 2024, when Plaintiff agreed to a 90-day extension of the discovery cutoff and dispositive motion deadline. (*Id.*)

Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is unnecessary in light of defense counsel's declaration that Plaintiff agreed to the requested extension. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant the stipulated modification of the scheduling order. Fed. R. Civ. P. 16(b)(4).

**Plaintiff is reminded that he is responsible for providing the Court with an updated mailing address when he is transferred to a new institution or released from custody.**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' stipulated motion to continue discovery cutoff and dispositive motion deadlines by 90 days, (ECF No. 46), is GRANTED, as follows:

    a. The deadline for completion of all discovery is extended from February 20, 2025 to **May 21, 2025**; and

    b. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from May 1, 2025 to **July 30, 2025**; and

2. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:   **January 10, 2025**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

2