1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED KRISTOPHER RYSEDORPH, | Case No. 1:23-cv-00251-KES-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER AND CONTINUE DISCOVERY DEADLINE |
| v. | |
| JOHN, *et al.*, | (ECF No. 54) |
| Defendants. | Discovery Deadline: **September 15, 2025** Dispositive Motion Deadline: **November 25, 2025** |

Plaintiff Jared Kristopher Rysedorph ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants Le and Banerjee ("Defendants") for deliberate indifference to medical care in violation of the Eighth Amendment.

Pursuant to the Court's May 29, 2025 order resetting discovery and dispositive motion deadlines, the deadline for completion of all discovery, including filing all motions to compel discovery, is July 14, 2025, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is September 26, 2025. (ECF No. 53.)

Currently before the Court is Plaintiff's motion to modify scheduling order and continue discovery deadline, filed June 26, 2025. (ECF No. 54.) Plaintiff requests a 60-day extension of the discovery deadline, until September 13, 2025. Plaintiff states that additional time is needed to

1    respond to Defendants' discovery requests because he is proceeding without an attorney, is

2    actively managing serious medical conditions, has a medically documented history of

3    neurocognitive impairments that impact his ability to complete legal tasks without

4    accommodation or assistance, recently received discovery requests from Defendants around May

5    30, 2025, is actively seeking counsel, and is contacting healthcare providers to supplement his

6    discovery responses under Rule 26(e).  (*Id.*)

7         On July 2, 2025, Defendants filed a statement of non-opposition to Plaintiff's motion, but

8    further request if Plaintiff's motion is granted, that the dispositive motion deadline also be

9    extended by sixty days, up to and including November 25, 2025, to permit sufficient time

10   between Plaintiff's deadline to produce discovery responses and the deadline to file a dispositive

11   motion deadline.  (ECF No. 55.)

12        Plaintiff has not yet had an opportunity to file a reply brief, but the Court finds further

13   briefing unnecessary.  Plaintiff's motion is deemed submitted.  Local Rule 230(l).

14        In light of Defendants' statement of non-opposition, the Court finds good cause to grant

15   the requested modification of the scheduling order.  Fed. R. Civ. P. 16(b)(4).  As the requested

16   discovery deadline falls on a Saturday, the Court finds it appropriate to set the discovery deadline

17   for September 15, 2025.  The Court further finds good cause to extend the dispositive motion

18   deadline to November 25, 2025.

19        Accordingly, IT IS HEREBY ORDERED that:

20   1.   Plaintiff's motion to modify scheduling order and continue discovery deadline, (ECF No.

21        54), is GRANTED, as follows:

22        a.   The deadline for completion of all discovery, including filing all motions to

23             compel discovery, is extended from July 14, 2025 to **September 15, 2025**; and

24        b.   The deadline for filing all dispositive motions (other than a motion for summary

25             judgment for failure to exhaust) is extended from September 26, 2025 to

26             **November 25, 2025**; and

27   ///

28   ///

2

2. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated: __**July 7, 2025**__        ____/s/ _Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE