# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED KRISTOPHER RYSEDORPH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00251-KES-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 57)<br><br>Discovery Deadline: **December 12, 2025**<br>Dispositive Motion Deadline: **February 23, 2026** |

Plaintiff Jared Kristopher Rysedorph ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against Defendants Le and Banerjee ("Defendants") for deliberate indifference to medical care in violation of the Eighth Amendment.

Pursuant to the Court's July 7, 2025 order resetting discovery and dispositive motions deadlines, the deadline for completion of all discovery, including filing all motions to compel discovery, is September 15, 2025, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is November 25, 2025.  (ECF No. 56.)

Currently before the Court is Defendants' second stipulated motion to continue discovery cutoff deadline by 88 days and the dispositive motion deadline by 90 days, filed September 8, 2025.  (ECF No. 57.)  Defendants state that the requested extension would benefit both parties

because Plaintiff intends to serve responses to Defendants' written discovery but has been unable to due to healthy issues. Defendants indicate that the requested extension also will benefit the parties and the Court by allowing the parties to resolve a discovery dispute without court intervention. The parties spoke telephonically on August 28, 2025, when they agreed that due to Plaintiff's health issues a 90-day extension of the discovery cutoff and dispositive motion deadlines was appropriate to permit Plaintiff time to serve discovery responses, thereby avoiding court intervention. (*Id.*)

Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is unnecessary in light of defense counsel's declaration that Plaintiff agreed to the requested extension. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant the stipulated modification of the scheduling order. Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' stipulated motion to continue discovery cutoff and dispositive motion deadlines, (ECF No. 57), is GRANTED, as follows:
    a. The deadline for completion of all discovery is extended from September 15, 2025, to **December 12, 2025**; and
    b. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from November 25, 2025, to **February 23, 2026**; and
2. **Any further request for an extension of the deadlines set forth in this order will only be granted upon a showing of good cause**.

IT IS SO ORDERED.

Dated:   **September 9, 2025**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE