# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED KRISTOPHER RYSEDORPH,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-00251-KES-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' THIRD STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 59)<br><br>Discovery Deadline: **March 2, 2026**<br>Dispositive Motion Deadline: **May 22, 2026** |

        Plaintiff Jared Kristopher Rysedorph ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants Le and Banerjee ("Defendants") for deliberate indifference to medical care in violation of the Eighth Amendment.

        Pursuant to the Court's September 9, 2025 order granting Defendants' stipulated motion to continue discovery cutoff and dispositive motion deadlines, the deadline for completion of all discovery, including filing all motions to compel discovery, is December 12, 2025, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is February 23, 2026. (ECF No. 58.)

        Currently before the Court is Defendants' third stipulated motion to continue discovery cutoff deadline by 90 days and the dispositive motion deadline by 87 days, filed November 20,

2025. (ECF No. 59.) Defendants state that Plaintiff requested this extension because he was hit by a semi-trailer truck, causing him injuries, and necessitating medical care. Plaintiff intends to serve responses to Defendants' written discovery but has been unable to due to the recent accident and health issues. The requested extension would benefit both parties and the Court and promote judicial efficiency because it may allow the parties to resolve a discovery dispute without Court intervention. Defense counsel declares that on November 11, 2025, Plaintiff agreed with counsel's offer to draft and sign the stipulated motion. (*Id.*) The motion is therefore deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant the stipulated modification of the scheduling order. Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' third stipulated motion to continue discovery cutoff and dispositive motion deadlines, (ECF No. 59), is GRANTED, as follows:
    a. The deadline for completion of all discovery is extended from December 12, 2025 to **March 2, 2026**; and
    b. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from February 23, 2026 to **May 22, 2026**; and
2. **Any further request for an extension of the deadlines set forth in this order will only be granted upon a showing of good cause**.

IT IS SO ORDERED.

Dated: **November 20, 2025**          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

2